Bron E. D'Angelo, Esq., SBN 246819
Silvia E. Luna, Esq. Bar No. 315077
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: sluna@pettitkohn.com

Attorneys for Defendant
**WALMART, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ENTWISTLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-8756<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed: March 8, 2019<br>Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Walmart"), by and through its counsel, hereby removes that above-entitled action filed by Plaintiff JOHN ENTWISTLE ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. 19STCV12753 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

1.    On April 12, 2019, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *John Entwistle v. Walmart, Inc.*, Case Number 19STCV12753 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as Exhibit 1.

2.    Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on May 14, 2019. A copy of the summons is attached hereto as Exhibit 2.

3.    Based on a review of the State Court file as of October 6, 2019, no other Defendant has been served with any summons or complaint in the State Action.

4.    Plaintiff's complaint purports to assert causes of action for negligence and premises liability under the laws of California.

5.    The complaint seeks to recover compensatory damages, loss of income, and costs. (Exhibit 1, ¶¶ 11 and 14, p. 3.)

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6.    This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

7.    Plaintiff admits that he is a resident and a citizen of the State of California in his responses to Walmart's Special Interrogatories, Set Two. A copy of Walmart's Special Interrogatories, Set Two, and Plaintiff's responses to Walmart's Special Interrogatories, Set Two, is attached hereto as Exhibits 5 and 6. Defendant is informed and believes that Plaintiff is a citizen of California.

8.    Plaintiff contends that he is claiming more than $75,000 in damages arising from the incident in his Statement of Damages. A copy of Walmart's Request for Statement of Damages and Plaintiff's Statement of Damages is attached hereto as Exhibits 7 and 8.

9. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as Exhibits 3 and 4, respectively.

10. Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

11. Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart receiving service of Plaintiff's Statement of Damages attached as Exhibit 8.

12. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  October 11, 2019          By:   s/ Silvia E. Luna, Esq
                                        Bron E. D'Angelo, Esq.
                                        Silvia E. Luna, Esq.
                                        Attorneys for Defendant
                                        **WAL-MART STORES, INC.**
                                        bdangelo@pettitkohn.com
                                        sluna@pettitkohn.com

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

- **NOTICE OF REMOVAL OF ACTION**

was/were served on this date to counsel of record:

[X]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Lee C. Arter, Esq.
LAW OFFICES OF LEE C. ARTER
3701 Wilshire Blvd, Suite 535
Los Angeles, CA 90010
Tel: (213) 384-9533
Fax: (213) 384-9589
**Attorneys for Plaintiff
JOHN ENTWISTLE**

Executed on **October 11, 2019**, at Los Angeles, California.

_____
Chantha Lieng