

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

December 13, 2019

  Los Angeles County Superior Court
   312 North Spring Street
   Los Angeles, CA 90012

Re:  Case Number:     2:19–cv–08756–PSG–JPR
     Previously Superior Court Case No.    19STCV12753
     Case Name:    John Entwistle v. Walmart Inc. et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on    12/13/19   , the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

        Respectfully,

        Clerk, U.S. District Court

        By:  /s/ *Benjamin Moss*
           Deputy Clerk
           Benjamin_Moss@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

        Clerk, Superior Court

_____        By: _____
Date                                    Deputy Clerk